**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARKEL CURRY,** | : | **CIVIL NO. 1:CV-13-0977** |
| **Petitioner,** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **DELBERT SAUERS,** | : | |
| **Respondent** | : | |

# <u>O R D E R</u>

**AND NOW**, this 24th day of September, 2014, for the reasons set forth in the memorandum accompanying this order, it is hereby **ORDERED** that:

1.   The petition for writ of habeas corpus (Doc. No. 1) is **GRANTED**;

2.   The 27 days of good conduct time credit disallowed by the DHO is **RESTORED** to Petitioner; and

3.   The Clerk of Court is directed to close the case.


S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania